# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main: 305-949-7777
Fax: 305-704-3877

April 20, 2012

**VIA FACSIMILE (212) 805-7933**
Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/23/12



RECEIVED
APR 2 0 2012
CHAMBERS OF
ANDREW J. PECK

Re: Hirsch v. L'Occitane, Inc. et al.,
    Case Number: 1:12-cv-01959-ALC-AJP

Dear Judge Peck:

The undersigned represents the Plaintiff in the above-referenced matter.

The undersigned has been informed that the Defendant THE CONTE FAMILY LIMITED PARTNERSHIP, a New York limited partnership, identified in this action is the incorrect Defendant. The correct Defendant which should be named and served is THE CONTE FAMILY LIMITED PARTNERSHIP, a **New Jersey** limited partnership. In an effort to properly identify and served the correct Defendant, we respectfully request leave of Court to amend the Complaint. The undersigned counsel's sole purpose is to properly identify the correct Defendants in this action. Accordingly, a Stipulation of Voluntary Dismissal against THE CONTE FAMILY LIMITED PARTNERSHIP, a New York limited partnership will be filed by the undersigned. Defendants have indicated that they are amenable to the relief requested herein.

This Court may wish to take notice that this is the first request to amend filed by the undersigned in this action.

Respectfully submitted,

**MEMO ENDORSED** 4/23/12

Amended copy to be filed by 4/30. Please also provide information that Δ's counsel [agrees?], plus rules, etc.).

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge
Copies by fax and [scan?] to be [sent?]

BY ECF

By: _____
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: April 23, 2012                              Total Number of Pages: 2

## TRANSCRIPTION OF MEMO ENDORSED ORDER

Amended complaint etc. due by 4/30. Please also provide information about defendants' counsel (name, phone number, etc.).

Copies to:   All Counsel
             Judge Andrew L. Carter, Jr.